No. 73–1890. THOMPSON ET UX. *v.* CLARK, TREASURER OF DUPAGE COUNTY, ET AL. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–5187. SMITH *v.* CALIFORNIA. Appeal from App. Dept., Super. Ct. Cal., County of Alameda, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–6884. HUNTER *v.* GENERAL MOTORS CORP., BUICK MOTOR DIVISION. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this case.

No. 73–6899. STOKES *v.* BUCHIGNANI ET AL. Appeal from D. C. E. D. Ky. dismissed for want of jurisdiction.

No. 74–200. BARNETT *v.* GORDON. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. 74–224. BEACON ENTERPRISES, INC. *v.* CITY OF COLUMBUS. Appeal from Ct. App. Ohio, Franklin County, dismissed for want of substantial federal question.

No. 74–315. HOOGASIAN *v.* REGIONAL TRANSPORTATION AUTHORITY ET AL. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.